IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00061-WYD-PAC

HANS RODRIGUES DE MIRANDA,

    Plaintiff,

v.

UNITED STATES POST OFFICE,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation of Dismissal without Prejudice [Docket # 13], filed March 5, 2007.  The Stipulation seeks a dismissal of the case without prejudice.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal without Prejudice [Docket #13] is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  March 5, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge